THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 
 
 
 

v.

 
 
 
 Timothy R. and Mandy S., Defendants,
 Of Whom Mandy S. is the Appellant.
 
 In the interest of J.S., a minor child under the
 age of 18.
 
 
 

Appeal From York County
Robert E. Guess, Family Court Judge

Unpublished Opinion No. 2010-UP-322
 Submitted April 1, 2010  Filed June 22,
2010    

AFFIRMED

 
 
 
 Myron B. Boloyan, of Lake Wylie, for
 Appellant.
 David E. Simpson, of York, for Respondent.
 L. Dale Dove, of Rock Hill, for Guardian
 Ad Litem.
 
 
 

PER CURIAM:  Mandy S. appeals the family court's order
 terminating her parental rights to her minor child.  See S.C. Code Ann.
 § 63-7-2570 (2010).  Upon a thorough review of the record and the family court's
 findings of fact and conclusions of law pursuant to Ex Parte Cauthen,
 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant
 briefing.  Accordingly, we affirm[1] the family court's ruling and grant counsel's motion
 to be relieved.   
AFFIRMED.
WILLIAMS, J.,
 KONDUROS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.